JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREG MAYFIELD,

PLAINTIFF(S)

v.

CITY OF LONG BEACH, ET AL.

DEFENDANT(S).

CASE NUMBER

CV 09-5773 VBK

## JUDGMENT ON THE VERDICT
## FOR DEFENDANT(S)

This action having been tried before the Court sitting with a jury, the Honorable VICTOR B. KENTON, United States Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

GREG ,MAYFIELD

take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: _____ May 20, 2011 _____        By ____ Roxanne Horan _____
                                                    Deputy Clerk

At: ___ 3:50 p.m _____

cc:    Counsel of record